UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCELOR MITTAL PROJECTS AMERICAS LLC,

                     Plaintiff,

           -v -

M/V SPAR VIRGO *et al.*,

                     Defendants.

22-CV-4041 (JPO)

ORDER

J. PAUL OETKEN, District Judge:

    This action was filed on May 17, 2022. (Dkt. No. 1.) Rule 4(m) of the Federal Rules of Civil Procedure requires a defendant to be served with the summons and complaint within ninety days after the complaint is filed. The docket indicates that as of May 18, 2022, Plaintiff attempted to serve the Summons and Complaint via the Norwegian Central Authority, in compliance with Rule 4(f)(1) of the Federal Rules of Civil Procedure and the Hague Convention. (Dkt. No. 8).

    Plaintiff advised the Court that, as of September 15, 2022, the Norwegian Central Authority had not issued a Certificate of Service. By November 15, 2022, Plaintiff is directed to update the Court as to whether the Certificate of Service has now been issued and, if not, what alternative steps it will take to properly serve Defendants. If Plaintiffs fail to do so, the Court may dismiss the case for failure to prosecute.

    SO ORDERED.

Dated: October 19, 2022

       New York, New York

                                               J. PAUL OETKEN
                                               United States District Judge