UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ARCELORMITTAL PROJECTS
AMERICAS LLC,

                Plaintiff,

       -v-

M/V SPAR VIRGO, HER ENGINES,
BOILERS, ETC., *et al.*,

               Defendants.

22-CV-4041 (JPO)

ORDER

---

J. PAUL OETKEN, District Judge:

    The Court has been informed that the parties have reached a settlement in principle of this case.  Accordingly, it is hereby ORDERED that this action is DISMISSED without costs and subject to restoring the action to the Court's calendar, provided the application to restore the action is made within thirty days.

    All filing deadlines and conference dates are adjourned *sine die*.

    SO ORDERED.

Dated: June 6, 2023
       New York, New York

_____
J. PAUL OETKEN
United States District Judge